GEORGE A. COLVIN, Appellant, *v.* POST MORTGAGE AND LAND COMPANY, Respondent.

(Submitted March 17, 1919; decided March 21, 1919.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 225 N. Y. 510.)

---

ALBERT BRAUER, Respondent, *v.* JULIA W. LAWRENCE, Appellant.

*Brauer* v. *Lawrence*, 185 App. Div. 932, appeal dismissed.
(Submitted March 10, 1919; decided March 21, 1919.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 28, 1918, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that neither the notice of appeal nor the undertaking required to perfect the appeal were served or filed within thirty days after permission to appeal had been obtained, as required by section 1310 of the Code of Civil Procedure.

*William K. Hartpence* for motion.
*Benjamin R. Buffett* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.